| | |
|---|---|
| 1  KEVIN V. RYAN (CSBN 118321)<br>   United States Attorney | **FILED** |
| 2 | JAN 3 - 2007 |
| 3  MARK L. KROTOSKI (CSBN 138549)<br>   Chief, Criminal Division | |
| 4  KESLIE STEWART (CSBN 184090)<br>   Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| 6  1301 Clay Street, Suite 340S<br>   Oakland, California 94612<br>   Telephone: (510) 637-3709<br>7  Facsimile: (510) 637-3724 | |

8  Attorneys for Plaintiff

9              UNITED STATES MAGISTRATE COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )   No. 4-06-70805 WDB
                                     )
13         Plaintiff,                )   [PROPOSED] ORDER EXTENDING
                                     )   PRELIMINARY HEARING DATE FOR
14    v.                             )   DEFENDANT EBONY L. ALLEN TO
                                     )   JAN. 10, 2006 at 10:00 a.m.
15  TONY D. LOMBARDI, et al.,        )
                                     )
16         Defendant.                )
                                     )

18     With the agreement of the parties, and with the consent of the defendant, the Court enters
19  this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or
20  preliminary hearing date for Defendant Ebony L. Allen to January 10, 2006 at 10:00 a.m. before
21  the Honorable Wayne D. Brazil. Counsel for the defendant believes that postponing the
22  preliminary hearing is in her client's best interest and that it is not in her client's best interest for
23  the United States to present an indictment before the current January 4, 2006 preliminary hearing
24  date.

25  ///
26  ///    cc: WDB's Stats, Copy to parties via ECF
27  ///
28  ///

The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

STIPULATED:

DATED: 12/20/06

HILARY FOX
Attorney for Defendant

DATED: _____

KESLIE STEWART
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 1/3/07

WAYNE D. BRAZIL
United States Magistrate Judge

2