KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3709
Facsimile: (510) 637-3724

Attorneys for Plaintiff

FILED

JAN 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   ~~4-06-70805 WDB~~ CR-07-00006-SBA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE: DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |
| v. | |
| TONY D. LOMBARDI, et al., | |
| Defendants. | |
| | OAKLAND VENUE |

With the agreement of the parties, and with the consent of the defendant, the Court enters

the following order:

Defendant Ebony L. Allen is charged with one count of conspiracy to commit access

device fraud, in violation of 18 U.S.C. §§1029(a)(2) and (b)(2).  Upon request, the United States

will produce to counsel for the defendant discovery that contains personal identifying

information, including social security numbers, birth dates and driver's license numbers, and

private financial information, including account numbers, pertaining to the victims in this case.

Pursuant to Federal Rule of Criminal Procedure 16, the government requests that disclosure of

these materials be subject to the following restrictions:

1.      Except when being actively examined for the purpose of the preparation of the

PROTECTIVE ORDER
[4-06-70805 WDB]     cc   WDB's Stats, Copy to parties via ECF

defense of defendant Ebony L. Allen, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator. Defense counsel, members of his or her law firm, the defendant, and the investigator shall not permit any person access of any kind to the documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2.      The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of defendant Ebony L. Allen and for no other purpose:

    a)      Counsel for defendant;

    b)      Members of the defendant's law office who are assisting with the preparation of Ebony L. Allen's defense;

    c)      Defendant Ebony L. Allen, but only in the presence of defense counsel or another authorized person listed in this paragraph;

    d)      Investigators retained by the defendant to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3.      A copy of this order shall be maintained with the documents at all times.

4.      All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, prior to receiving access to the materials, shall sign a copy of this Order acknowledging that

    a)      they have reviewed the Order;

    b)      they understand its contents;

    c)      they agree that they will only access the documents and information for the

1      purposes of preparing a defense for defendant Ebony L. Allen;

2          d)      they understand that failure to abide by this Order may result in sanctions

3                  by this Court.

4   Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal.

5   The government shall have no access to these signed copies without further order of the District

6   Court.

7          5.      No other person may be allowed to examine the material without further court

8   order.  Examination of the documents shall be done in a secure environment which will not

9   expose the materials to other individuals not listed above.

10          6.      Documents such as word processing files, e-mails, and other text files may be

11   duplicated to the extent necessary to prepare the defense of this matter.

12          7.      Any pleadings that reveal the personal identifying or private financial information

13   of third parties, either by attaching copies of documents containing that information or

14   referencing that information, shall be redacted to prevent the disclosure of such information or

15   filed under seal.

16          8.      Within five court days of the judgement and sentencing hearing in this matter, all

17   material provided to defense counsel pursuant to this Order, and all other authorized copies, if

18   any, shall be returned to the Government.  The Government shall destroy them.  If defendant

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

PROTECTIVE ORDER
[4-06-70805 WDB]                         3

01/11/2007 18:18 FAX 5106378507   FED PUBLIC DEFENDER   OAK US ATTY   ☑005
01/11/2007  12:14    5106373724          US ATTORNEYS OFFICE          PAGE  05/05

Case 4:07-cr-00006-SBA   Document 20   Filed 01/16/07   Page 4 of 4

1   believes that he or she must maintain the material for any reason related to appeal, defendant

2   must seek authorization from the District Court within five days of the sentencing and judgement

3   in this matter.

4

5   STIPULATED:

6

7   DATED: 1/11/07                  _____

8                                   HILARY FOX
                                    Attorney for Defendant Ebory L. Allen

9

10  DATED: 1/12/07                  _____

11                                  KESLIE STEWART
                                    Assistant United States Attorney

12

13       IT IS SO ORDERED that disclosure of the above-described discovery materials shall be

14  restricted as set forth above.

15

16  DATED: 1/16/07                  _____

17                                  WAYNE D. BRAZIL
                                    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER
[4-06-70805 WDB]                         4