KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-00006 SBA |
|       Plaintiff, ) | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |
| v. ) | |
| TONY D. LOMBARDI, et al., ) | |
|       Defendants. ) | OAKLAND VENUE |

      With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

      Defendant Ebony L. Allen is charged with one count of conspiracy to commit access device fraud, in violation of 18 U.S.C. §§1029(a)(2) and (b)(2). Upon request, the United States will produce to counsel for the defendant discovery that contains personal identifying information, including social security numbers, birth dates and driver's license numbers, and private financial information, including account numbers, pertaining to the victims in this case. Pursuant to Federal Rule of Criminal Procedure 16, the government requests that disclosure of these materials be subject to the following restrictions:

      1.    Except when being actively examined for the purpose of the preparation of the

PROTECTIVE ORDER
[CR 07-00006 SBA]

1  defense of defendant Ebony L. Allen, the documents containing personal identifying and private
2  financial information of third parties produced by the government to defense counsel shall be
3  maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to
4  defense counsel, members of his or her law firm who are working with him or her to prepare the
5  defendant's defense, and his or her investigator. Defense counsel, members of his or her law
6  firm, the defendant, and the investigator shall not permit any person access of any kind to the
7  documents or disclose in any manner the personal identifying and private financial information
8  of third parties except as set forth below.
9        2.      The following individuals may examine the documents and information related to
10 the personal identifying and private financial information of third parties for the sole purpose of
11 preparing the defense of defendant Ebony L. Allen and for no other purpose:
12       a)      Counsel for defendant;
13       b)      Members of the defendant's law office who are assisting with the
14              preparation of Ebony L. Allen's defense;
15       c)      Defendant Ebony L. Allen, but only in the presence of defense counsel or
16              another authorized person listed in this paragraph;
17       d)      Investigators retained by the defendant to assist in the defense of this
18              matter.
19 If defense counsel determines that additional persons are needed to review the material, he or she
20 must obtain a further order of the Court before allowing any other individual to review the
21 material.
22       3.      A copy of this order shall be maintained with the documents at all times.
23       4.      All individuals other than defense counsel and the defendant who receive access
24 to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy
25 of this Order acknowledging that
26       a)      they have reviewed the Order;
27       b)      they understand its contents;
28       c)      they agree that they will only access the documents and information for the

PROTECTIVE ORDER
[CR 07-00006 SBA]      2

1  purposes of preparing a defense for defendant Ebony L. Allen;
2      d)    they understand that failure to abide by this Order may result in sanctions
3  by this Court.
4 Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal.
5 The government shall have no access to these signed copies without further order of the District
6 Court.
7     5.    No other person may be allowed to examine the material without further court
8 order. Examination of the documents shall be done in a secure environment which will not
9 expose the materials to other individuals not listed above.
10     6.    Documents such as word processing files, e-mails, and other text files may be
11 duplicated to the extent necessary to prepare the defense of this matter.
12     7.    Any pleadings that reveal the personal identifying or private financial information
13 of third parties, either by attaching copies of documents containing that information or
14 referencing that information, shall be redacted to prevent the disclosure of such information or
15 filed under seal.
16     8.    Within five court days of the judgement and sentencing hearing in this matter, all
17 material provided to defense counsel pursuant to this Order, and all other authorized copies, if
18 any, shall be returned to the Government. The Government shall destroy them. If defendant
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

PROTECTIVE ORDER
[CR 07-00006 SBA]    3

1  believes that he or she must maintain the material for any reason related to appeal, defendant
2  must seek authorization from the District Court within five days of the sentencing and judgement
3  in this matter.

5  STIPULATED:

7  DATED: 1/16/2007                                          /s/
                                                      HILARY FOX
8                                                     Attorney for Defendant Ebony L. Allen

10 DATED: 1/16/2007                                          /s/
                                                      KESLIE STEWART
11                                                    Assistant United States Attorney

13     IT IS SO ORDERED that disclosure of the above-described discovery materials shall be
14 restricted as set forth above.

16 DATED: 1/17/07                              *(signature)*
                                                      SAUNDRA B. ARMSTRONG
17                                                    United States District Court Judge

PROTECTIVE ORDER
[CR 07-00006 SBA]                                     4