BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EBONY ALLEN, et al.,<br><br>　　　　　　　Defendants. | No. CR 07-0006-SBA (WDB)<br><br>STIPULATION AND ORDER TO TAKE STATUS HEARING OFF CALENDAR<br><br>Date:　April 23, 2007<br>Time: 10:00 a.m.<br>Court: Hon. Wayne D. Brazil<br>　　　　U. S. Magistrate Judge |

　　　This matter is currently on calendar for continued status on defendant's compliance with the terms and conditions of pretrial release on Monday, April 23, 2007, at 10:00 a.m. The parties jointly stipulate and request that this status hearing be taken off calendar at this time. After the parties' last court appearance, defendant and her counsel met with the Pretrial Services Officer regarding the alleged violations, and counsel was able to provide Pretrial Services with additional information regarding Ms. Allen's compliance. As a result of the documentation, clarifications and assurances provided through that meeting, the Pretrial Services Officer has agreed that no action should be taken at this time. Instead, Ms. Allen and the Pretrial Services Officer have agreed upon a plan to increase Ms. Allen's contact with Pretrial Services. Ms. Allen has also agreed to take steps to acquire a telephone next month, which should further enhance their level of communication.

　　　For these reasons, and taking into account the fact that Ms. Allen has court tomorrow before Judge Armstrong and will be meeting with her Pretrial Services Officer after that appearance, the

1 parties stipulate and agree that the status appearance currently scheduled before this Court for
2 Monday, April 23, at 10:00 a.m. should be taken off calendar at this time.  This stipulation also takes
3 into account the fact of Ms. Allen's extremely limited financial resources and the transportation
4 challenge she faces for each court appearance required.
5 SO STIPULATED.
6 Dated:       April 23, 2007                              /S/
7                                                                        _____
                                                                          HILARY A. FOX
                                                                          Attorney for Defendant Allen
8 SO STIPULATED.
9 Dated:       April 23, 2007                              /S/
10                                                                      _____
                                                                          KESLIE STEWART
11                                                                      Assistant United States Attorney
12     I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.
13
14
15 **ORDER**
16     Based on the reasons provided in the stipulation of the parties above, and good cause
17 appearaing, the Court hereby ORDERS that the status hearing scheduled for Monday, April 23,
18 2007, at 10:00 is taken off calendar at this time.  The Pretrial Services Officer may add the matter
19 back to calendar at any time for further status on defendant's compliance with the terms and
20 conditions of her release.
21     IT IS SO ORDERED.
22
23 Dated:       April 23, 2007                              _____
                                                                          WAYNE D. BRAZIL
                                                                          United States Magistrate Judge
24
25
26

- 2 -