BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California  94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00006-SBA (**WDB**) |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | MODIFY CONDITIONS OF RELEASE |
| v. ) | |
| ) | |
| EBONY ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

    Defendant Ebony Allen is currently on pretrial release.  As a condition of her release, for the last eight months Ms. Allen has been living at the home of one of her sureties, Michelle Y. Butler, who has also acted as custodian.  Ms. Allen has continued to maintain her own residence during this time, but has not lived there.  At this time, the parties stipulate and agree that the conditions of Ms. Allen's release should be modified to permit her to move out of Ms. Butler's home and reside in her own apartment at 4308 Potrero Avenue in Richmond, California.  She plans to live there with her sister.  The Pretrial Services officer has visited Ms. Allen's apartment, supports the proposed modification and will continue to supervise Ms. Allen at the new location.  The parties also stipulate and agree, with the support of the Pretrial Services officer, that Ms. Butler remain on the bond as a surety but be released from her role as custodian.

    Pretrial Services has also requested that the Court authorize the Pretrial Services officer to impose a curfew, if the officer deems this to be necessary.  Defendant has no objection to this

additional modification to the terms of the bond

SO STIPULATED.

Dated: August 9, 2007          /S/
                               _____
                               HILARY A. FOX
                               Attorney for Defendant Allen

SO STIPULATED.

Dated: August 9, 2007          /S/
                               _____
                               KESLIE STEWART
                               Assistant United States Attorney

I hereby attest that I have on file all holograph signature for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and good cause appearing, the Court hereby ORDERS that the terms and conditions of Ms. Allen's pretrial release are modified as follows:

1.  The condition requiring Ms. Allen to reside at 15674 Crestwood Drive in San Pablo is deleted, and replaced with the condition that she reside at 4308 Potrero Avenue in Richmond, California.

2.  Ms. Michelle Y. Butler remains on the bond as a surety, but is no longer required to act as custodian.

3.  Defendant shall comply with a curfew set by the Pretrial Services Officer, if the Officer determines that imposition of a curfew becomes necessary.

All other terms and conditions of the bond are to remain in effect.

IT IS SO ORDERED.

Dated: August 10, 2007          _____
                                WAYNE D. BRAZIL
                                United States Magistrate Judge